THOS. WOLSTENHOLME Co., Appellant, *v.* RIA HERLINGER FABRICS, INC., Respondent.

Submitted April 3, 1950; decided April 13, 1950.

*Harry Polikoff* and *Abraham Shamos* for motion.
*Louis Okin* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.